UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO:

SOUTHSHORE HOSPITALITY MANAGEMENT, LLC
D/B/A SUNSET GRILL AT LITTLE HARBOR,

       Plaintiff,

vs.

INDEPENDENT SPECIALTY INSURANCE
COMPANY, INC.,

       Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, INDEPENDENT SPECIALTY INSURANCE COMPANY, INC., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes an action pending in the Circuit Court of the Thirteenth Judicial Circuit of Florida, in and for Hillsborough County, styled *Southshore Hospitality Management, LLC, d/b/a Sunset Grill at Little Harbor v. Independent Specialty Insurance Company,* Case No. 21-CA-001553, where Plaintiff, *Southshore Hospitality Management, LLC, d/b/a Sunset Grill at Little Harbor* ("Plaintiff") sued Defendant, *Independent Specialty Insurance Company,* ("Defendant"), and states:

## STATEMENT OF REMOVAL

1. On February 22, 2021, Plaintiff filed a Complaint against *Independent Specialty Insurance Company,* in the Circuit Court of the Thirteenth Judicial Circuit of Florida, in and for Hillsborough County.

2. On February 26, 2021, Defendant was served with the Complaint.

3. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all pleadings filed in the state court action are attached hereto and incorporated herein as **Composite Exhibit "A."**

4. As such, the only parties in the state court action are the Plaintiff, Southshore Hospitality Management, LLC, d/b/a Sunset Grill at Little Harbor and the Defendant, Independent Specialty Insurance Company.

5. Pursuant to 28 U.S.C. § 1441(a), removal of an action originally filed in a state court is proper in "any civil action brought in a state court of which the district courts of the United States have original jurisdiction."

6. Additionally, 28 U.S.C. § 1332(a) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between. . . citizens of a State and citizens and subjects of a foreign state."

7. Because this case involves a claim for which the amount in controversy is in excess of $75,000.00, exclusive of interest and costs, and is between a citizen

of Florida and a citizen of Delaware, it lies within the original subject matter jurisdiction of this Court pursuant to 28 U.S.C. § 1332(a).

8. This Notice of Removal is filed timely within 30 days of Defendant's receipt through service of a copy of the initial pleading setting forth a claim for relief, pursuant to 28 U.S.C. § 1446(b).

9. In removing this matter to this Court, Defendant does not intend to waive any defenses they might have, including, but not limited to, improper service, personal jurisdiction, and venue.

## **COMPLETE DIVERSITY EXISTS**

10. At the time of the lawsuit and the filing of this Notice of Removal, there was, and still is, complete diversity between Plaintiff (a citizen of Florida), Independent Specialty Insurance Company (a citizen of Delaware).

11. Independent Specialty Insurance Company is a corporation organized under the laws of Delaware, and its principal place of business is in Delaware. Accordingly, Independent Specialty Insurance Company is a citizen of Delaware for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

12. Plaintiff is a Florida corporation with a principal place of business in Florida. Accordingly, the Plaintiff is a citizen of Florida for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

13. No other parties have been joined or served in this action.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

14. Plaintiff's Complaint alleges a breach of contract against Independent Specialty Insurance Company, and Plaintiff seeks to recover under the Policy.

15. The Policy insures the Property as described in ¶ 4 of the Complaint. Plaintiff alleges a loss to the property located at 602 Bahia Del Sol Dr., Ruskin, FL 33570.

16. Before suit was filed, Southshore Hospitality Management, LLC d/b/a Sunset Grill at Little Harbor sought damages totaling over $1,300,000.00, which was based on a profit sheet provided by Plaintiff.

17. While Defendant denies liability as to Plaintiff's allegations, the amount in controversy between Plaintiff and Defendant exceeds the $75,000 amount in controversy requirement for diversity jurisdiction, exclusive of interests and costs, as required under 28 U.S.C. § 1332(a).

## REMOVAL PROCEDURES

18. Removal of this action is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because this Notice of Removal is being filed within thirty days after Defendant was served with the Complaint on February 26, 2021.

19. Removal is properly made to the United States District Court for the Middle District of Florida under 28 U.S.C. § 1441(a) because Hillsborough County, where this action is currently pending, is within the Middle District of Florida.

20. Defendant will file written notice that they filed this Notice of Removal with the Clerk of Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and will serve same on Plaintiff pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, by this Notice of Removal, Independent Specialty Insurance Company removes this action from the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and respectfully requests that this action proceed as properly removed to this Court.

Dated: March 23, 2021                                          Respectfully submitted,

*/s/ Richard M/ Singer*
**RICHARD M. SINGER, ESQ.**
Florida Bar No. 93036
**WOOD, SMITH, HENNING & BERMAN LLP**
7835 NW Beacon Square Blvd.
Second Floor
Boca Raton, Florida 33487
Telephone: (954) 932-3502
Facsimile: (954) 337-0257
rsinger@wshblaw.com
jtom@wshblaw.com
ojimenez@wshblaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing *Notice of Removal* on all parties, via CM/ECF E-file portal as follows:

Dated:  March 23, 2021

>Ronald S. Haynes, Esq.
>Christopher Ligori & Associates
>117 S. Willow Avenue
>Tampa, Florida 33606
>Pleadings@ligorilaw.com
>*Co-Counsel for Plaintiff*
>
>James L. Magazine, Esq.
>Lucas & Magazine, PLLC
>8606 Government Drive
>New Port Richey, Florida 34654
>lucasmagazine@lucasmagazine.com
>*Co-Counsel for Plaintiff*

>>*/s/ Richard M. Singer*
>>**RICHARD M. SINGER, ESQ.**